# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| FILED | ___ LODGED |
| RECEIVED | ___ COPY |

NOV 1 5 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## UNITED STATES OF AMERICA

## V.

**Scott A. Brady**
**AKA Angleo Bianco**

*(Name and Address of Defendant)*

## CRIMINAL COMPLAINT

**CASE NUMBER:** *00 -0 3 89 M*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 10, 2000, in the District of Arizona, defendant, Scott A. Brady did,: knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing cocaine base (approximately 30grams), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). I further state that I am Detective of the Yavapai-Apache Police Department and that this complaint is based on the following facts:

### (SEE STATEMENT OF PROBABLE CAUSE)

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY:  AUSA LISA E. JENNIS

_DETECTIVE DAVID ERNST_____

Name of Complainant

_____

Signature of Complainant

Sworn to before me and subscribed in my presence,

_Nov. 15, 2000_____
Date

at   _Phoenix, Arizona_____
City and State

VIRGINIA A. MATHIS
United States Magistrate Judge

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer



## STATEMENT OF PROBABLE CAUSE

Your affiant, David D. Ernst , being first duly sworn, states the following:

1. That I, David D. Ernst, am a police officer with the Yavapai-Apache Police Department and have been so employed for two (2) years. Your Affiant has been involved in numerous narcotics investigations during the past two(2) years.

2. On November 10, 2000, the Affiant (or the Affiant's fellow officers) received information from a confidential informant (equally referred to as a Confidential Source and/or CS). Some of this information is listed below:

3. In November 2000, your Affiant (and/or the Affiant's fellow officers) received information from a confidential and reliable informant that Scott , a.k.a. Doc or Angelo, later identified as Scott A. Brady, described as a black male, 50 to 55 yoa, 5'7", 170 lbs., black hair, brown eyes, was involved in the trafficking of ounce quantities of crack cocaine. The confidential informant advised your Affiant (or the Affiant's fellow officers) that Scott  LNU resides in  the westside area of Phoenix, AZ.                         .

4. On 11/10/2000, at the direction of your affiant, the CS called Scott LNU to discuss the price for one (1) ounce of crack cocaine. Scott LNU advised the CS that one (1) ounce of crack cocaine would cost $400.00 to $500.00. The confidential and reliable informant further negotiated with Scott LNU for the delivery of the one (1) ounce of crack cocaine on 11/10/2000. Scott LNU told the CS that the  crack cocaine would be delivered to Cliff Castle Lodge located on the Yavapai-Apache Reservation in Camp Verde, AZ. On 11/10/2000, the confidential informant rented room number 210 at the Cliff Castle Lodge in Camp Verde, AZ. Prior to the CS entering room 210, the room and the CS were searched for narcotics and/or other contraband with negative results.

5. On 11/10/2000, at approximately 9:34 p.m., the CS paged Scott LNU at pager number (602) 269-3847 to ascertain an approximate time of arrival. Approximately two minutes later the CS received a phone call from Scott LNU.  Scott LNU advised that he would arrive at approximately 11:30 p.m.  The CS advised that Scott LNU would be driving a red, Honda or Volkswagen type sports car.

6. Surveillance was established at approximately 7:30p.m. on 11/10/2000 in the parking lot of the Cliff Castle Lodge 353 Middle Verde Road, Camp Verde, AZ. At approximately 11:30 p.m.,  a red in color Chevrolet Beretta with Arizona register 925-DFV driven by a black male arrived at Cliff Castle Lodge. The vehicle parked directly in front of room 210. Your Affiant conducted a register check on license number 925-DFV. The register check showed that the vehicle was registered to Angelo Bianco. The driver of the vehicle matched the description of Scott LNU given by the CS. The driver got out

of the vehicle, and walked to the trunk. Your affiant observed the driver open a black leather type bag and reach into the black bag. The driver then walked directly from the vehicle to room 210. The driver knocked on the door of room 210 and was let into the room by the CS. Approximately twenty (20) seconds later your affiant and other officers of the Yavapai-Apache Police Department entered 210 and secured the CS and the black male subject. Your affiant observed a brown rock substance in a clear plastic baggie, which field tested positive for Crack Cocaine (total weight of 28.56 grams) laying on top of the table next to the black male subject. At 11:43 p.m. your affiant identified the black male as Angelo BIANCO, DOB█████47 from a valid Arizona Drivers license. Your affiant also recovered a Arizona Drivers License bearing the name of Scott BRADY, with the same photograph and date of Birth as BIANCO. It was later discovered through police investigation, that Scott BRADY used BIANCO as an alias.

7. At this time your affiant advised BRADY of his Miranda rights and that he was under arrest for Distribution of Crack Cocaine. Your affiant recovered a small white rock substance later field tested positive for crack cocaine (approximately 2 grams), from BRADY's left front shirt pocket. Your affiant asked BRADY if he would like to discuss his involvement with the crack cocaine. BRADY replied," yes". Your affiant questioned BRADY about his involvement with the crack cocaine. BRADY said that he was only a transporter and that he (BRADY) didn't even know what type of drugs that he was delivering. Your affiant asked BRADY if there were anymore drugs in his vehicle. BRADY said "yes". BRADY said that there were more drugs, along with a handgun , located in the trunk of his vehicle. Your affiant went to BRADY's vehicle and after opening the trunk, located and removed a black "Colt" .45 caliber handgun (serial# AOC1836) along with approximately 70 grams of Marijuana, from the center pocket of the black bag that your affiant saw BRADY enter prior to responding to room 210. Your affiant also recovered approximately three (3) grams of a white crystal substance which field tested positive for Methamphetamine, recovered from a side pocket of the black bag. Your affiant retained custody of all items of evidence.

8. On 11-12-00, your affiant contacted Ed Smith of Adult Probation Phoenix Division. SMITH stated that Scott A. BRADY was currently wanted through the Probation Office for Parole Violation. No warrant could be verified at this time.

DET. David Ernst
Yavapai-Apache Police Department

Subscribed and sworn before me
this 15th day of November, 2000:

VIRGINIA A. MATHIS
United States Magistrate Judge