IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | FILED | ___ LODGED |
|---|---|---|
| X FILED | | |
| ___ RECEIVED | ___ COPY | |

**JUN 2 3 2006**

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America,

RECEIVED
U.S. MARSHALS SERVICE
PHOENIX

v.

Scott A. Brady,

'06 JUN 23 10:23

00-0389M

DISTRICT OF ARIZONA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant U.S. Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus    ☒ ad prosequendum    ☐ ad testificandum    ☐ in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Scott A. Brady,#193964, DOB: 08/13/1947
2. Detained by Mr. Carson McWilliams, ASPC Florence
3. Detainee is    ☒ charged in this district by    ☐ indictment
                                                    ☐ information
                                                    ☒ complaint

4. Appearance is necessary on _____07/12/2006 at 10:00 3:00 p.m._____
   ☐ in Courtroom Number __#304_____
   or    ☐ before the Federal Grand Jury of the U.S. Courthouse for the district,
   for    ☐ arraignment        ☐ plea
          ☐ jury trial         ☐ trial
          ☐ sentencing         ☐ in re a motion pursuant to
                                      28 U.S.C. § 2255
          ☐ the purpose of giving testimony in the captioned proceeding
          ☒ other purpose(s), specifically, __Initial Appearance_____

It is also petitioned that the Court inform all parties to the Writ that third party custody of said detainee may be granted to other federal law enforcement officer(s) in order to transport said detainee to the U.S. Attorney's Office for purposes of witness preparation, debriefing and/or plea negotiation and that counsel for said detainee will be notified of such request prior to any court order being issued.

Date: June 16, 2006_____        ____Brian M. Larson_____
                                         Brian G. Larson, Assistant U.S. Attorney

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum        ☐ Ad Testificandum        ☐ In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to ASPC - Florence unless otherwise ordered by the Court. All parties of this Writ are notified that third party custody of said detainee may be granted as referenced above and that detainee's counsel will be notified prior to any such court order being issued.

Date: ___6-21-06_____        ____Anthona O. Anderson_____
                                      United States District/Magistrate Judge