FILED _____ LODGED
_____ RECEIVED _____ COPY

JUL 5 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>    v.<br><br>Scott Albert Brady, a/k/a<br>Angelo Bianco<br><br>            Defendant. | **CR06-0644 PCT PGR** (DKO)<br><br>**INDICTMENT**<br><br>VIO: 21 U.S.C. §841(a)(1) &<br>841(b)(1)(B)(iii)<br>(Possession with Intent to Distribute<br>Cocaine Base, a Controlled Substance)<br>Count 1<br><br>21 U.S.C. §841(a)(1) & 841(b)(1)(C)<br>(Possession With Intent to Distribute<br>Methamphetamine, a Controlled<br>Substance)<br>Count 2<br><br>21 U.S.C. §841(a)(1) & 841(b)(1)(D)<br>(Possession with Intent to Distribute<br>Marijuana, a Controlled Substance)<br>Count 3<br><br>18 U.S.C. § 924(c)<br>(Possession of a Firearm in<br>Furtherance of a Drug Trafficking<br>Crime)<br>Count 4<br><br>21 U.S.C. § 853(a)<br>Forfeiture Allegation |

THE GRAND JURY CHARGES:

<u>**COUNT 1**</u>

On and or about November 10, 2000, in the District of Arizona, defendant SCOTT ALBERT BRADY, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II

controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & 841(b)(1)(B)(iii).

## COUNT 2

On and or about November 10, 2000, in the District of Arizona, defendant SCOTT ALBERT BRADY, did knowingly and intentionally possess with intent to distribute less than 5 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers,  a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & 841(b)(1)(C).

## COUNT 3

On and or about November 10, 2000, in the District of Arizona, defendant SCOTT ALBERT BRADY, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(D).

## COUNT 4

On and or about November 10, 2000, in the District of Arizona, defendant SCOTT ALBERT BRADY, did knowingly possess a firearm, which was a Colt .45 Caliber handgun (Serial Number AOC1836) in furtherance of a drug trafficking crime as defined in Title 18, United States Code, Section 924(c)(2) and Title 21, United States Code, Section 802 *et seq.*, that is, possession with intent to distribute cocaine base, methamphetamine and marijuana as alleged in Counts 1 through 3 of the indictment.

In violation of Title 18, United States Code, Sections 924(c).

## FORFEITURE ALLEGATION

Pursuant to 21 U.S.C. § 853(a), as a result of the violations in Count 1-4, the defendant shall forfeit to the United States:

(1)  any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and

(2)  any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

(1)  Cannot be located upon the exercise of due diligence;

(2)  Has been transferred or sold to, or deposited with, a third person;

(3)  Has been placed beyond the jurisdiction of the Court;

(4)  Has been substantially diminished in value; or

(5)  Has been commingled with other property which cannot be subdivided without difficulty:

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated in Title 18, United States Code, 982 by 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

/s
FOREPERSON OF THE GRAND JURY
Date:  July 5, 2006

PAUL K. CHARLTON
United States Attorney
District of Arizona


/s
BRIAN G. LARSON
Assistant U.S. Attorney

3